ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Noe Vega-Salinas,<br>a.k.a.: Noe Vega Salinas,<br>a.k.a.: Noe,<br><br>　　　　Defendant. | No. CR-18-830-PHX-DJH<br><br>**Mag. No. 18-07184**<br><br>**INFORMATION**<br><br>VIO: 8 U.S.C. § 1326(a)<br><br>(Reentry of Removed Alien) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about May 14, 2018, at or near Phoenix, in the District of Arizona, NOE VEGA-SALINAS, an alien, was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about November 21, 2015, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission, in violation of Title 8, United States Code, Section 1326(a).

Dated this __23rd__ day of _____ May _____, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

_____
SHEILA PHILLIPS
Assistant U.S. Attorney